AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

**UNITED STATES DISTRICT COURT**
_____Eastern_____ District of ___California___

UNITED STATES OF AMERICA

**JUDGMENT**

V.

Case Number: 6:06-mj-00184-WMW

Antonio Amaya

Stephen Betz, A.F.D.
Defendant's Attorney

THE DEFENDANT:

[X]   Pleaded guilty to counts ONE_____.

   *Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
| --- | --- | --- | --- |
| 36 CFR 4.2 CVC 14601 | Driving While License Suspended | One | 10/14/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

Defendant's Soc. Sec. Number:
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

February 6, 2007
Date of Imposition of Sentence

*Defendant's mailing address:*

1727 Tully Rd.
Modesto, CA 92328

_[signature]_
Signature of Judicial Officer

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

*Defendant's residence address:*

Modesto, CA 92328

Date: February 9, 2007

*Judgment--Page  2  of  2*

*Defendant:* Antonio Amaya
*Case Number:* 6:06-mj-00184-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

> 12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:*

*1. Serve 8 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on April 9, 2007. The Court recommends that the defendant be placed in facility near Modesto, CA. Court also recommends that defendant be allowed to serve custody on Monday and Tuesdays.*

*2. The defendant shall pay a penalty assessment of $10.00. Payment shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.*

*3.The defendant shall perform 100 hours of community service within 6 months. Proof of community service shall be filed with court by 8/6/2007 through his attorney.*

*4. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.*

*5. The defendant shall no drive a vehicle with out a valid driver's license.*